IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIM & AMY MINTNER,<br>    Plaintiffs<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE<br>CORPORATION,<br>    Defendant | §<br>§<br>§<br>§  CIVIL ACTION NO. 1:16-CV-01204<br>§<br>§<br>§<br>§ |

## AGREED ORDER OF DISMISSAL

On this day came on for consideration the parties' Joint Motion to Dismiss with Prejudice and this Court, having considered said motion, is of the opinion that it should be in all things GRANTED.

It is accordingly ORDERED that the Agreed Motion to Dismiss with Prejudice be and hereby is GRANTED; and it is further

ORDERED that all claims and causes of action of Plaintiffs Tim and Amy Mintner are hereby dismissed with prejudice; and it is further

ORDERED that Court costs shall be taxed against the party incurring same.

SIGNED this __1__ day of __May_____, 2018.

_____
David Alan Ezra
UNITED STATES DISTRICT JUDGE